UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. 2:19-cv-08156-RGK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss ("MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's MTD be **GRANTED**, the Petition be **DENIED,** and that Judgment be entered **DISMISSING** this action without prejudice.

Dated: October 19, 2020

*Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
United States District Judge